**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**TYRECE WILLIAMS**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:22-CV-5047**

**SERGEANT PINEDA,
Washington County Detention Center (WCDC);
CORPORAL MYATT, WCDC;
and CORPORAL SENA, WCDC**                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on December 14, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 12) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. Judgment shall enter accordingly.

**IT IS SO ORDERED** on this 4th day of January, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE