IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TYRECE WILLIAMS**                                                                   **PLAINTIFF**

V.                           **CASE NO. 5:22-CV-5047**

**SERGEANT PINEDA,**
Washington County Detention Center (WCDC);
**CORPORAL MYATT,** WCDC;
and **CORPORAL SENA,** WCDC                                       **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 4th day of January, 2023.

                                                        */s/ Timothy L. Brooks*
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE