IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TYRECE WILLIAMS**                                                                                          **PLAINTIFF**

V.                                            CASE NO. 5:22-CV-05047

**SERGEANT PINEDA,**
Washington County Detention Center (WCDC);
**CORPORAL MYATT,** WCDC;
and **CORPORAL SENA,** WCDC                                                                **DEFENDANTS**

## ORDER

On January 9, 2023, the Court entered an Order (Doc. 23) vacating its dismissal and entry of judgment and reopening the case. The Court granted Plaintiff Tyrece Williams an additional two weeks—or until January 23, 2023—to file objections to the Report and Recommendation (Doc. 19). Despite being granted this extension of time, Mr. Williams failed to file any objections by the deadline. At this point, he has had approximately six weeks to file objections. Further, he has not requested a second extension of the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (Doc. 19) is **ADOPTED IN FULL**, as the Court agrees with the Magistrate Judge's reasoning, conclusions, and recommendation. Defendants' Motion for Summary Judgment (Doc. 12) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. Judgment will enter accordingly, and following the entry of judgment, the case will be closed.

**IT IS SO ORDERED** this 30th day of January, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE